# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

YADER WEBSTERH-CANALES        CIVIL ACTION NO. 26-2926 SEC P

VERSUS        JUDGE EDWARDS

TODD BLANCHE ET AL        MAG. JUDGE MCCLUSKY

## ORDER

Having considered Petitioner's Emergency Motion for Temporary Restraining Order (R. Doc. 2) and finding just cause,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this Order shall remain in effect for seven (7) days unless, for good cause, the Court extends it.

**THUS DONE AND SIGNED** in Chambers this 6th day of August, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE