**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **YADER WEBSTERH-CANALES** | **CASE NO. 1:26-CV-02926 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TODD BLANCHE ET AL** | **MAG. JUDGE MCCLUSKY** |

**ORDER**

Having considered Petitioner's Emergency Motion for Immediate Ruling on Pending Motion to Extend Temporary Restraining Order, Or In the Alternative, For An Expedited Telephonic Status Conference (R. Doc. 16),

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order shall be extended for seven (7) days, or until September 3, 2026.

**IT IS FURTHER ORDERED** that on or before September 1, 2026, at 12:00 p.m., Respondents shall file a response to the Motion (R. Doc. 16). The Response shall include all documents and information related to Petitioner's removal to Mexico, as well as any fear-based claims raised by him, or the lack thereof.

THIS DONE in Chambers on this 27th day of August, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE